IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**TROY J. DAIGLE**                                                                                              **PLAINTIFF**

v.                                          **CASE NO. 1:10CV00011 BSM**

**THE HARTFORD LIFE AND**
**ACCIDENT INSURANCE COMPANY**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the order entered on March 11, 2011, this case is hereby dismissed with prejudice.

Dated this 30th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE